IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY HILL, individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>FISHER & SHAPIRO, LLC; and DOES 1-20,<br><br>          Defendants. | Case 1:11-cv-4198 |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, FISHER & SHAPIRO, LLC, by its attorneys David M. Schultz and Justin M. Penn, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this court grant it a 28 day enlargement of time to file its responsive pleading to plaintiff's Class Action Complaint, and in support thereof, states as follows:

    1.    Plaintiff's Complaint purports to state a class action claim under the Fair Debt Collection Practices Act against the defendant.

    2.    Plaintiff's Complaint was filed on June 20, 2011, and defendant was served on or about June 22, 2011. Defendant's responsive pleading is due on or about July 12, 2011.

    3.    Defendant respectfully requests an additional 28 days in which to file a responsive pleading.

    4.    This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

2

WHEREFORE, defendant, FISHER & SHAPIRO, LLC, respectfully requests this court grant it an enlargement of time up to and including August 9, 2011, to file an answer or to otherwise plead to plaintiff's Complaint.

        Respectfully submitted,

        FISHER & SHAPIRO, LLC

        By: /s/Justin M. Penn
        One of its Attorneys
        Justin M. Penn
        HINSHAW & CULBERTSON
        222 N. LaSalle Street, Ste 300
        Chicago, IL 60601
        (312) 704-3000
        jpenn@hinshawlaw.com

130121564v1 52026

## **CERTIFICATE OF SERVICE**

    I, an attorney, hereby certify that on July 11, 2011 I electronically filed Defendant's Motion for Enlargement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            /s/Justin M. Penn
                                            Justin M. Penn

130121564v1 52026